CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 18 2005

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT TRAVIS WILSON, JR., <br> Petitioner, | Civil Action No. 7:05-cv-00194 <br> Crim. No. 7:93-cr-00187 |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA, <br> Respondent. | By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the respondent's motion to dismiss is **GRANTED**; petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. §2255, hereby is **DISMISSED**; petitioner's letter/motion for reduction of sentence is hereby **DENIED**; and this action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for the respondent.

ENTER: This 18th day of October, 2005.

_/s/ James C. Turk_
Senior United States District Judge